Van WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98578.

Missouri Court of Appeals, Eastern District, Division Five.

May 7, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 11, 2013.

Application for Transfer Denied Aug. 13, 2013.

Roxanna A. Mason, Asst. Public Defender, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Jennifer A. Rodewald, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and MAURA B. McSHANE, Sp.J.

*ORDER*

PER CURIAM.

Van Wilson appeals the judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing and denying his motion to quash the amended motion and to disqualify appointed counsel. We find the motion court did not err in denying Wilson's motions. We affirm.

An extended opinion would have no precedental value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).